■ Patrick Nunziante et al., Plaintiffs, v New York Quarterly Meeting of the Religious Society of Friends et al., Appellants. New York Quarterly Meeting of the Religious Society of Friends et al., Third-Party Plaintiffs-Appellants, v Liberty Contracting Corp., Third-Party Defendant, and Kaback Enterprises, Inc., et al., Third-Party Defendants-Respondents. (And Another Action.) [50 NYS3d 287]—Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered May 27, 2016, which, insofar as appealed from as limited by the briefs, granted third-party defendant DAL Electric Corporation's motion for summary judgment dismissing the third-party claim of failure to procure insurance as against it, and granted third-party defendant Kaback Enterprises, Inc.'s motion for summary judgment dismissing the third-party complaint as against it, unanimously reversed, on the law, without costs, and the motions denied. Appeal from order, same court and Justice, entered October 14, 2016, unanimously dismissed, without costs, as abandoned.

The plain language of DAL's agreement required DAL to

procure insurance adding defendants as additional insureds under its policy (see *W.W.W. Assoc. v Giancontieri*, 77 NY2d 157, 162-163 [1990]).

Conflicting testimony presents an issue of fact whether Kaback's work on the roof was a contributing cause of the accident. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Gische and Kahn, JJ.